PETER J. FERRIS, Appellant, *v.* ROSWELL L. BURROWS, as Executor, etc., Respondent.

(Argued March 27, 1885; decided April 14, 1885.)

*Norris Morey* for appellant.

*Charles B. Hill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

SUSAN A. WHEELER, Administratrix, etc., Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Submitted March 27, 1885; decided April 14, 1885.)

*Samuel Hand* for appellant.

*James F. Crawford* for respondent.

Agree to affirm; no opinion.
All concur, except MILLER, J., taking no part.
Judgment affirmed.